## Kellam *v.* Taschek, Appellant.

Argued March 12, 1973.   *Bruce E. Cooper,* with him *Cooper, Friedman & Friedman,* for appellant; *George F. Douglas, Jr.,* with him *Sylvia H. Rambo,* for appellee.

Judgment affirmed.

## Keystone Insurance Company, Appellant, *v.* Morello.

Argued March 28, 1973. *Dean B. Stewart, Jr.,* with him *McTighe, Brown, Weiss, Bonner & Stewart,* for appellant; *William F. Fox,* with him *Fox, Differ, Callahan & Ulrich,* for appellee.

Order affirmed.